# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**ROBERT PURDY**, *et al.*                                                                                    **PLAINTIFFS**

v.                              **CASE NO. 2:20-CV-00108-BSM**

**WHITE KNIGHT LIMOUSINE, INC.,** *et al.*                                              **DEFENDANTS**

## ORDER

Plaintiffs' motion to dismiss [Doc. No. 58] is granted, and this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of November, 2021.

                                                                                                         _____
                                                                                                         UNITED STATES DISTRICT JUDGE