IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

**ROBERT PURDY**, *et al.*                                                                 **PLAINTIFFS**

v.                          **CASE NO. 2:20-CV-00108-BSM**

**WHITE KNIGHT LIMOUSINE, INC.**, *et al.*                                **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE